JS-6

1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| 11 | MIRIAM MALDONADO,              | Case No.: CV 25-237-GW-SKx |
| 12 | Plaintiff,                     |                            |
| 13 | vs.                            | **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |
| 14 | OAXACA MIA MEXICAN TRADITIONAL CLOTHES; MAGNOLIA EQUITY GROUP LLC; and DOES 1 to 10, | |
| 15 |                                |                            |
| 16 |                                |                            |
| 17 | Defendants.                    |                            |

18
19
20
21
22
23
24
25
26
27
28

Based on the request from Plaintiff and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed without prejudice with the Court to retain jurisdiction up until July 2, 2025.

SO ORDERED.

DATED: June 3, 2025

_____
HON. GEORGE H. WU,
United States District Judge